RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Guillermo Zavala-Rodriguez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GUILLERMO ZAVALA-RODRIGUEZ,<br><br>　　　　　Defendant. | Case No. 2:20-mj-00548-DJA<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jennifer Oxley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Guillermo Zavala-Rodriguez, that the preliminary hearing currently scheduled on August 19, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1) Defense counsel does not have discovery for Mr. Zavala-Rodriguez's case.

2) Government counsel has stated that initial discovery will be provided by August 21, 2020.

3) Based on this representation, the parties agree to continue Mr. Zavala-Rodriguez's preliminary hearing 14 days in order to allow defense counsel to review discovery.

4) Mr. Zavala-Rodriguez is in custody and does not object to this continuance.

5) The parties agree that the additional time requested by the Stipulation is excludable in computing the time within which trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3164(b) and the time within which an indictment or information must be returned pursuant to 18 U.S.C. 3161(b).

This is the first request for continuance filed herein.

DATED August 18, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By *Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Public Defender | By *Jennifer Oxley*<br>JENNIFER OXLEY<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUILLERMO ZAVALA-RODRIGUEZ,<br><br>　　　　　Defendant. | Case No. 2:20-mj-00548-DJA<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, August 19, 2020 at 4:00 p.m., be vacated and continued to September 25, 2020 at the hour of 4:00 p.m.  .; or to a time and date convenient to the court.

　　　DATED this 18th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3